UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAFON BLACKNALL,

Plaintiff,

-against-

CITY OF WHITE PLAINS, ET AL.,

Defendants.

**ORDER**

24-CV-6122 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on December 22, 2025. (Doc. 13; Doc. 19). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on January 21, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on January 21, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to March 9, 2026 and directs that all of the materials required under Rules 6(A) and 6(B) shall be submitted by March 9, 2026.

The case management conference scheduled for February 10, 2026 is adjourned *sine die*.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
        February 3, 2026

_____
Philip M. Halpern
United States District Judge